UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON            NO. 14-11802

CHAPTER 7

JUDGE _____

## MOTION TO SEAL MOTION TO STAY

**NOW COMES** Debtor Thomas Jackson, who respectfully moves this Court for an order sealing his motion to stay because it contains protected medical information as set forth more fully in the accompanying memorandum in support.

RESPECTFULLY SUBMITTED:

_____
Thomas Jackson
Debtor
PO Box 30831
New Orleans, Louisiana 70190
Telephone: (504) 656-4564

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON            NO. 14-11802

                                                                         CHAPTER 7

                                                                         JUDGE _____

## MEMORANDUM IN SUPPORT OF
## MOTION TO SEAL MOTION TO STAY

Concurrent with the filing of this Motion to Seal, Debtor is filing a Motion to Stay. The Motion to Stay, its memorandum in support, the exhibits, and proposed order all contain confidential medical information protected by the Health Insurance Portability and Accountability Act ("HIPPA") of 1996, Pub.L. 104–191, 110 Stat. 1936, enacted August 21, 1996, and accompanying regulations.

Courts routinely seal and otherwise protect sensitive, confidential medication information when it must be filed with the Court. *E.g.*, *Allstate Ins. Co. v. Balle*, 2013 WL 6019268 (D. Nev. Nov. 13, 2013). Providing for public access to Debtor's confidential medical information would, as set forth more fully in the Declaration of Thomas Jackson attached as Exhibit A to the Motion to Stay, have deleterious effects, while the corresponding benefits of public access would be low. And redaction of the confidential medical information would be impractical, as it appears throughout all of the moving papers.

Accordingly, Debtor asks that the Court seal his Motion to Stay, accompanying memorandum in support, exhibits, and proposed order. Debtor has no objection to the U.S. Trustee being provided access to the motion to stay, provided it remains sealed, so that it can

determine whether to oppose the motion.

WHEREFORE Debtor requests the proposed order to seal submitted with this motion be entered.

RESPECTFULLY SUBMITTED:

*[signature]*

Thomas Jackson
Debtor
PO Box 30831
New Orleans, Louisiana 70190
Telephone: (504) 656-4564

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON            NO. 14-11802

                                                 CHAPTER 7

                                                 JUDGE _____

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, copies of the foregoing Motion to Seal Motion to Stay, accompanying memorandum in support, and proposed order were delivered to the office of Henry G. Hobbs, Acting United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130, and left with a clerk or other person in charge.

                                                 _/s/ Thomas Jackson_
                                                 Thomas Jackson
                                                 Debtor
                                                 PO Box 30831
                                                 New Orleans, Louisiana 70190
                                                 Telephone: (504) 656-4564