United State Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NUMBER |
| **THOMAS JACKSON** | 14-11802 |
| DEBTOR(S) | SECTION " A "<br>CHAPTER 7 |

### ORDER

Considering the Motion to Seal Motion to Stay filed by Thomas Jackson on July 16, 2014;

**IT IS ORDERED** that the Motion to Seal is **DENIED**.

New Orleans, Louisiana, July 17, 2014.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge