UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON            NO. 14-11802

CHAPTER 7

JUDGE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEALED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO STAY

**NOW COMES** Debtor Thomas Jackson, who respectfully moves this Court for an order to stay his Chapter 7 proceeding while he is hospitalized, as set forth more fully in the accompanying memorandum in support.

RESPECTFULLY SUBMITTED:

*/s/ Thomas Jackson*
Thomas Jackson
Debtor
PO Box 30831
New Orleans, Louisiana 70190
Telephone: (504) 656-4564

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON            NO. 14-11802

CHAPTER 7

JUDGE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEALED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO STAY

Debtor commenced this Chapter 7 proceeding on July 14, 2014. On July 15, 2014, Debtor learned that it was certain he would be hospitalized for a period beginning July 20, 2014 and continuing until the physicians at that facility determine it is medical appropriate to release Debtor. (Exhibit A.) Debtor will be unable to participate in this proceeding in any way while hospitalized. (Exhibit A.)

While it is true that death or incompetency of a debtor in Chapter 7 proceedings need not abate those proceedings (unlike a Chapter 13), there is good cause to stay this proceeding rather than require the U.S. Trustee to administer the liquidation. First, Debtor is likely to be restored to competency within relatively short order, between 45 and, at the outside, 90 days from July 20. Second, Debtor is destitute and so would likely be unable to pay the costs incurred by the U.S. Trustee in administering this proceeding on his behalf. (Exhibit A.) Further, staying, rather than dismissing this matter, is appropriate because Debtor is unlikely to be able to afford the cost of refiling and his creditors would be left in limbo for an even longer period if this matter had to be refiled. A stay would allow this matter to resume promptly upon Debtor's restoration of competency, thereby permitting a more expeditious liquidation than would be possible if this

matter were dismissed and then had to be refiled.

Third, Debtor is, as is usually the case, in a better position to assist the Court, the U.S. Trustee, and his creditors with an accounting of his property, debts, than would be the U.S. Trustee alone. Accordingly, delaying these proceedings rather than proceeding in Debtor's absence would be more likely to produce a final, complete, and just result, rather than one that must be reopened or otherwise revisisted later.

Finally, staying this proceeding to allow Debtor to be restored to competency and to participate (and thereby ratify his decision to file the petition) would remove any cloud about Debtor's competency to enter into these proceedings, given that the day after he did so a court entered an order directing him to be hospitalized.

WHEREFORE, Debtor asks the Court to enter an order staying these proceedings and all deadlines and hearings for a period not to exceed 90 days beginning July 20, 2014, with Debtor assuming the responsibility to notify the Court via a motion to lift stay within 10 days from his discharge from the psychiatric facility.

RESPECTFULLY SUBMITTED:

_____
Thomas Jackson
Debtor
PO Box 30831
New Orleans, Louisiana 70190
Telephone: (504) 656-4564

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON            NO. 14-11802

CHAPTER 7

JUDGE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEALED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF THOMAS JACKSON
### IN SUPPORT OF MOTIONS TO SEAL AND TO STAY

I, Thomas Jackson, make the following declaration on personal knowledge:

1. I learned on July 15, 2014, that it is certain I will be hospitalized at a psychiatric facility for a period likely no less than 45 days and almost certainly no longer than 90 days.

2. While hospitalized, I will not be permitted access to computers or e-mail, and at least during the first two weeks, phone or mail. Even after the first two weeks, my access to phone and mail will be significantly restricted.

3. I will not be permitted access to my personal financial information while hospitalized.

4. I will not be permitted to leave the care of my physicians while hospitalized.

5. It would be extremely deleterious to my health and wellbeing if these facts were to become public, and it would significantly retard my progress towards health.

6. There is little, if any, public benefit to the disclosure of the need for and fact of my psychiatric hospitalization to the public.

7. I am destitute and having to rely on the support of friends to house and feed myself.

I make this declaration under penalty of perjury under the laws of the State of Louisiana.

DATED this 16th day of July, 2014.

                                                      _____
                                                      Thomas Jackson

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE THOMAS JACKSON** | **NO. 14-11802** |
| | **CHAPTER 7** |
| | **JUDGE** _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEALED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, copies of the foregoing Motion to Stay, accompanying memorandum in support, exhibits, and proposed order were delivered to the office of Henry G. Hobbs, Acting United States Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130, and left with a clerk or other person in charge.

/s/ Thomas Jackson
Thomas Jackson
Debtor
PO Box 30831
New Orleans, Louisiana 70190
Telephone: (504) 656-4564

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE THOMAS JACKSON

NO. 14-11802

CHAPTER 7

JUDGE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEALED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROPOSED ORDER

Considering the Motion to Stay, and good cause being shown,

**IT IS ORDERED** that this matter is **STAYED** and **ADMINISTRATIVELY CLOSED** for a period not to exceed 90 days beginning July 20, 2014.

**IT IS FURTHER ORDERED** that Debtor promptly advise the Court and the U.S. Trustee once he is restored to competency and discharged from the psychiatric facility by filing a motion to lift stay, which he must file no later than 10 days after his discharge from the psychiatric facility.

**IT IS FURTHER ORDERED** that if Debtor is not restored to competency within 90 days beginning July 20, 2014, or he fails timely to file a motion to lift stay, that this matter will be dismissed or in the alternative administered by the U.S. Trustee, to be determined by the Court at that time.

_____

U.S. Bankruptcy Judge