UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                          CASE NUMBER

**THOMAS JACKSON**                                        **14-11802**


DEBTOR(S)                                                 SECTION   A
                                                          CHAPTER 7

## ORDER OF DISMISSAL

This matter came before the Court on July 18, 2014 on the Debtor's Motion to Stay

Chapter 7 Proceeding (**P-9**);

Present at the hearing:

Thomas Jackson, Debtor and
Mary S. Langston, Assistant U. S. Trustee

The Court having considered the merits of the Motion and the oral request of the Debtor to

dismiss the case.

**IT IS ORDERED** that the Oral Motion to Dismiss Case is **GRANTED** and the proceeding for

the above referenced Debtor is **DISMISSED**.

**IT IS FURTHER ORDERED** that the automatic stay pursuant to 11 U.S.C. §362 be and hereby

is **vacated and set aside**.

**IT IS FURTHER ORDERED** that the Debtor's Motion to Stay Chapter 7 Proceeding (**P-9**) is

**DISMISS as MOOT**.


New Orleans, Louisiana, July 18, 2014.


                                         Hon. Elizabeth W. Magner
                                         U.S. Bankruptcy Judge